1    SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
        A Limited Liability Partnership
2        Including Professional Corporations
     GREGORY F. HURLEY, Cal. Bar No. 126791
3    ghurley@sheppardmullin.com
     MICHAEL J. CHILLEEN, Cal. Bar No. 210704
4    mchilleen@sheppardmullin.com
     650 Town Center Drive, 10th Floor
5    Costa Mesa, California 92626-1993
     Telephone:  714.513.5100
6    Facsimile:   714.513.5130

7    Attorneys for Defendants,
     HEKMATRAVAN FAMILY
8    NORWALK LLC, LEVIAN FAMILY
     NORWALK, LLC, and GOLIN
9    THEATRES, INC.

10                  UNITED STATES DISTRICT COURT

11          CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

12

13
     Antonio Fernandez,                     Case No. 2:19-cv-02156-CJC-GJS
14                                           Honorable Cormac J. Carney
              Plaintiff,
15                                           **DEFENDANTS HEKMATRAVAN
          v.                                 FAMILY NORWALK LLC,
16                                           LEVIAN FAMILY NORWALK,
     Hekmatravan Family Norwalk, LLC, a      LLC, AND GOLIN THEATRES,
17   California Limited Liability Company;   INC.'S NOTICE OF MOTION AND
     Levian Family Norwalk, LLC, a           MOTION FOR SUMMARY
18   California Limited Liability Company;   JUDGMENT OR, IN THE
     Golin Theatres, Inc., a California      ALTERNATIVE, SUMMARY
19   Corporation; and Does 1-10,            ADJUDICATION**

20            Defendants.                    **Date:      August 17, 2020
                                             Time:       1:30 p.m.
21                                           Ct. Rm.:  9B**

22
                                             Action Filed:   March 22, 2019
23                                           Trial Date:     None Set

24

25

26

27

28

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on August 17, 2020, at 1:30 p.m. in Courtroom 9B of the above-entitled Court located at 411 West Fourth Street,  Courtroom 9B, Santa Ana, CA, 92701-4516, Defendants Hekmatravan Family Norwalk LLC, Levian Family Norwalk, LLC, and Golin Theatres, Inc. ("Defendants") will, and hereby do, move the Court for summary judgment or, in the alternative, summary adjudication, against Antonio Fernandez' ("Plaintiff") Complaint.

This motion is made on the grounds that there is no genuine issue as to any material fact and that Defendant is entitled to judgment as a matter of law for the following reasons:  First, Plaintiff's "cluttered counter" claim fails as a matter of law.  The United States Department of Justice ("DOJ") and other federal courts have rejected Plaintiff's peculiar theory that a lowered accessible counter has to have at least 36 inches of "clear space" because it is not supported by the applicable regulations.  Second, even if Plaintiff's cluttered counter theory were viable (it is not), the lowered accessible counter would still be compliant because there is more than 36 inches of clear space.  Thus, Plaintiff's counter claim is moot.  Similarly, Plaintiff's toilet seat claim is moot since the toilet seat has been lowered.  Plaintiff's Unruh claim for statutory damages fails because he cannot show that he encountered difficulty, discomfort or embarrassment as the result of any violations of accessibility standards.  Finally, to the extent the Court does not dismiss Plaintiff's Unruh Act claims with prejudice, then the Court should decline supplemental jurisdiction over them.

This motion is made following the conference of counsel pursuant to L.R. 7-3.  This Motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities, the Separate Statement of Uncontroverted Facts, the declarations and supporting exhibits of Michael J. Chilleen and Tony Tsuruda, the record and files herein, and such other evidence as may be admitted at the time of the hearing of the motion.

NOTICE OF MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION

1  Dated:  July 20, 2020

2                                    SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

3

4

5                         By        /s/ *Michael J. Chilleen*
                                    GREGORY F. HURLEY
6                                   MICHAEL J. CHILLEEN
                                    Attorneys for Defendants,
7                          HEKMATRAVAN FAMILY NORWALK LLC,
                            LEVIAN FAMILY NORWALK, LLC, and
8                                GOLIN THEATRES, INC.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-

NOTICE OF MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION